**U.S.A. vs. Veotis Harding**                    **Docket No. 5:02-CR-191-1M**

### Petition for Action on Supervised Release

COMES NOW Hector Gutierrez, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Veotis Harding, who, upon an earlier plea of guilty to Count 1 - Conspiracy to Commit Interstate Transportation in Aid of Racketeering, in violation of 18 U.S.C. §§ 1952 and 371; Counts 2 through 10 - Interstate Transportation in Aid of Racketeering (by the use of mail and telephone transmission) and Aiding and Abetting, in violation of 18 U.S.C. §§ 1952 and 2; and Counts 11 through 18 - Interstate Transportation in Aid of Racketeering (by the use of mail and an electronic transmission) and Aiding and Abetting, in violation of 18 U.S.C. §§ 1952 and 2; Count 19 - Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. §§ 1956(a)(1)(A)(i) and (a)(1); Counts 20 through 31 - Money Laundering, Specifically the Use of Bank Checks and Electronic Debits Drawn on Checking Accounts and Aiding and Abetting, in violation of 18 U.S.C. §§ 1956 (a)(1)(A)(i) and 2; Counts 32 through 35 - Money Laundering, Specifically the Distribution of Proceeds Through the Use of Banking Checks and Aiding and Abetting, in violation of 18 U.S.C. §§ 1956 (a)(1)(B)(i) and 2, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, to the custody of the Bureau of Prisons for a term of 40 years. On May 24, 2006, the defendant was resentenced to 330 months of imprisonment. It was further ordered that the defendant be placed on a three-year term of supervised release following his term of imprisonment. On April 14, 2026, this case was reassigned to the Honorable Richard E. Myers II, Chief U.S. District Judge.

**IT IS THE ORDER OF THE COURT THAT YOU SHALL COMPLY WITH THE FOLLOWING MANDATORY CONDITIONS:**

1. The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.
2. The defendant shall not commit another federal, state, or local crime.
3. The defendant shall not illegally possess a controlled substance.
4. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.
5. The defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

**IT IS THE ORDER OF THE COURT THAT YOU SHALL COMPLY WITH THE FOLLOWING STANDARD CONDITIONS:**

1. The defendant shall not leave the judicial district without the permission of the court or probation officer.
2. The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.
3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4. The defendant shall support his or her dependents and meet other family responsibilities.
5. The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6. The defendant shall notify the probation officer ten days prior to any change in residence or employment.

7. The defendant shall refrain from excessive use of alcohol.
8. The defendant shall not request places where controlled substances are illegally, sold used, distribute, or administered.
9. The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in place view of the probation officer.
11. The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without permission of the court.
13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

**IT IS THE ORDER OF THE COURT THAT YOU SHALL COMPLY WITH THE FOLLOWING SPECIAL CONDITIONS:**

1. The defendant shall not incur new credit charges or open additional lines of credit with approval of the probation officer.
2. The defendant shall provide the probation office with access to any requested financial information.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Pursuant to Section 5D1.4 of the Federal Sentencing Guidelines, the United States Probation Office has conducted an individualized assessment, taking the following factors into consideration: 18 U.S.C. § 3583(c) and (e)(2). Based on this assessment, it is recommended that the existing mandatory, standard, and special conditions that were imposed at the time of sentencing remain in place. Additionally, the defendant possessed marijuana as evidenced by a test conducted on April 14, 2026, that yielded positive results for marijuana. Due to the defendant's positive test result, it is respectfully recommended that the defendant's conditions be modified to include the standard drug aftercare condition. The defendant signed a Waiver of Hearing acknowledging and agreeing to the mandatory, standard, and special conditions that were imposed at the time of sentencing, as well as the addition of a drug aftercare condition.

**PRAYING THAT THE COURT WILL ORDER** that the conditions of supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Veotis Harding
Docket No. 5:02-CR-191-1M
Petition for Action
Page 3


Except as herein modified, the judgment shall remain in full force and effect.


Reviewed and approved,

/s/ Keith W. Lawrence
Keith W. Lawrence
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing
is true and correct.

/s/ Hector Gutierrez
Hector Gutierrez
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2534
Executed On: April 20, 2026

## ORDER OF THE COURT

Considered and ordered this ___20th___ day of ___April___, 2026, and ordered filed and
made a part of the records in the above case.

Richard E Myers II

Richard E. Myers II
Chief United States District Judge